NICHOLAS VASSALLO
United States Attorney
Margaret M. Vierbuchen (Wy Bar No. 8-6767)
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-cr-95-S |
| **PETER SZANTO,** | |
| Defendant. | |

### PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue five subpoenas in the above entitled case.

DATED this 4th day of December 2023.

                                                                NICHOLAS VASSALLO
                                                                United States Attorney

                                     By:    */s/ Margaret M. Vierbuchen*
                                            MARGARET M. VIERBUCHEN
                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2023, the foregoing was electronically filed and consequently served on defense counsel.

*/s/ Rob Gaulke*
For the United States Attorney's Office